Doc#:    23537 Bk:31549 Pg:   21

Recording Requested By:
**T.D. SERVICE COMPANY**

And When Recorded Mail To:
**T.D. Service Company**
**4000 W Metropolitan Dr Ste 400**
**Orange, CA  92868**

_____ above for Recorder's use _____

Customer#:          Service#:

Loan#:

## ASSIGNMENT OF MORTGAGE

FOR VALUE RECEIVED, **BENEFICIAL MASSACHUSETTS INC.**, C/O CALIBER HOME LOANS, INC. 13801 WIRELESS WAY, OKLAHOMA CITY, OK  73134-2550, hereby assign and transfer to **U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF8 MASTER PARTICIPATION TRUST**, C/O CALIBER HOME LOANS, INC. 13801 WIRELESS WAY, OKLAHOMA CITY, OK  73134-2550, all its right, title and interest in and to said Mortgage in the amount of **$252,447.00**, recorded in the State of **MAINE**, County of **CUMBERLAND** Official Records, dated **SEPTEMBER 11, 2007** and recorded on **SEPTEMBER 13, 2007**, as **Instrument No. 57732, in Book No. 25466, at Page No. 23**.

Executed by: **JOHANNES F. PRETORIUS AND MELISA FILIPOS AKA MELISA PRETORIUS, T/I/C** (Original Mortgagor).

Original Mortgagee:  **BENEFICIAL MASSACHUSETTS INC.**.

Date: **JUN 0 2 2014**

**BENEFICIAL MASSACHUSETTS INC., BY CALIBER HOME LOANS, INC., AS ATTORNEY IN FACT**

By: _____

**Craig Davenport, Vice President**

State of      **CALIFORNIA**            }
County of   **ORANGE**                  } ss.

On **JUN 0 2 2014**, before me, **Reychel Dobiesz**, a Notary Public, personally appeared **Craig Davenport**, who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies) and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument. I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

Witness my hand and official seal.

(Notary Name): **Reychel Dobiesz**

> REYCHEL DOBIESZ
> Commission # 2041456
> Notary Public - California
> Orange County
> My Comm. Expires Sep 15, 2017

PREPARED BY: **T.D. Service Company, 4000 W Metropolitan Dr Ste 400, Orange, CA  92868, (714) 543-8372, JAMIE VAN KEIRSBELK**

Received
Recorded Register of Deeds
Jun 06,2014 01:45:36P
Cumberland County
Pamela E. Lovley

**EXHIBIT D**