This document was prepared by: Caliber Home Loans Inc.

# LOAN MODIFICATION AGREEMENT
# FIXED WITH FORGIVENESS

**To the Borrower: This Agreement contains changes in terms which affect your Loan secured by the Property identified below. This is a legal obligation and you should read and understand the terms of this Agreement before you sign it.**

**This Agreement (the "Agreement") is dated as of September 19, 2019, but effective as of the Modification Effective Date defined herein, by and between MELISA FILIPOS (collectively, the "Borrower" or "you") and Caliber Home Loans, Inc. (the "Servicer"), on behalf of the current owner of your loan (the "Lender").**

**RECITALS:**

    A.    Borrower has a mortgage loan, account number         (the "Loan"). This loan is secured by property commonly referred to as 31 PRINCE AVENUE, PEAKS ISLAND, ME 04108 (the "Property").

    B.    Borrower signed the following documents in connection with the Loan:

- Note dated September 11, 2007 in the original amount of $252,447.00 (the "Note").

- Mortgage, Security Deed, or Deed of Trust on the Property, recorded in real property records of Cumberland County, ME (the "Security Instrument"), with an original stated maturity date of September 17, 2037.

- The Note and the Security Instrument, together with all documents executed in relation to the Note and the Security Instrument, and in addition to any loan modification previously entered into by Borrower, are called the "Loan Documents".

    C.    Borrower has provided information to Servicer, and Borrower and Servicer want to modify the terms of the Note and Security Instrument.

In consideration of the foregoing Recitals and the terms, conditions, representations and warranties, and mutual covenants and agreements herein, and for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, Borrower and Servicer (collectively, the "Parties"), mutually agree as follows:

1. **Conditions to Effectiveness of Agreement.**

    a. This Agreement will only be effective after Borrower signs and returns a signed original of this Agreement to Servicer on or before October 9, 2019.

    b. Lender will not be obligated or bound to make any modification of the Loan Documents if the Borrower fails to meet any one of the requirements under this Agreement.

2. **Modification of the Loan Documents**

    If the conditions of this Agreement are satisfied, then your Loan is modified as follows:


EXHIBIT E

LOAN MODIFICATION AGREEMENT
FIXED WITH FORGIVENESS

Modification Period: This modification will take effect on October 17, 2019 (the "Modification Effective Date"). The first modified payment will be due on November 17, 2019 (the "First Modification Payment Date") and the last modified payment will be due on October 17, 2059 (the "Maturity Date").

Term Extension: The term of the Note has been extended and the new maturity date of the Loan will be October 17, 2059.

Combined Principal Balance: On the Modification Effective Date, the Combined Principal Balance payable under the note is $395,843.77 (the "Combined Principal Balance"). This amount consists of unpaid and deferred interest, previously deferred amounts, fees, charges, escrow advances, and other costs, but excluding unpaid late charges, less any amounts paid to Servicer but not previously credited to my loan. I understand that by agreeing to add these amounts to the outstanding principal balance, the added amounts accrue interest based on the interest rate in effect under this Agreement unless those amounts are either deferred as non-interest bearing or forgiven as specified in this Agreement.

Debt Forgiveness: $5,823.92 of the Combined Principal Balance is hereby permanently forgiven.

Deferred Amount(s): We have agreed to defer your obligation to pay the following amount(s) (the "Deferred Amount(s)"):

Deferred Principal: $21,603.00

Deferred Amount(s) do not accrue interest. The Deferred Amount(s) will be due at the earlier of payment in full of the Note, acceleration, or the Maturity Date. If you sell the Property or refinance the Loan, you will be required to pay this Deferred Amount in addition to any other amounts due at that time. Otherwise, these amounts are due on the Maturity Date and are required to be paid at or before that time. This means that if you make all the payments required by this Agreement, you will still owe the Deferred Amount to Servicer. The Deferred Amount may result in a significantly higher monthly payment on the Maturity Date.

Interest Bearing Principal Balance: The Combined Principal Balance minus the Deferred Amount(s) and Debt Forgiveness amount shall be referred to as the "Interest Bearing Principal Balance" and this amount is $368,416.85.

Modified Monthly Payment Amount: You promise to make modified monthly payments in an amount set forth in the table below beginning on the First Modification Payment Date and ending on the Maturity Date.

The total modified monthly payment amount may include modified monthly principal and interest payments, any monthly escrow payments (to the extent Servicer will pay escrowed amounts), and monthly payments for Ancillary Amounts, as identified below.

Modified Interest Rate: Interest will be charged on the Modified Interest Bearing Principal Balance at a rate of 2.1% (the "Modified Interest Rate") beginning on Modification Effective Date. You will make modified monthly principal and interest payments based on the Modified Interest Rate as applied to the Modified Interest Bearing Principal Balance beginning on the First Modification Payment Date and ending on the Maturity Date.

Summary of Modified Monthly Payments:

| | |
|---|---|
| Modified Interest Bearing Principal Balance: | $368,416.85 |
| Modified Interest Rate: | 2.1% |
| Modified Monthly Principal and Interest Payment: | $1,135.14 |
| Monthly Escrow Payment (Taxes and Insurance)*: | $808.67 |
| Total Modified Monthly Payment: | $1,943.81 |

First Modification Payment Date: November 17, 2019
Maturity Date: October 17, 2059

*Your Monthly Escrow Payment is an amount calculated in accordance with the Loan Documents, and Federal and State law. This amount may change from time to time if escrow items (taxes and/or insurance) increase or decrease.

3. **Events of Default.** A default under the terms of this Agreement constitutes a default under the terms of the Loan Documents. All the rights and remedies, stipulations, and conditions contained in the Loan Documents relating to default in the making of payments under the Loan Documents shall also apply to default in the making of the modified payments hereunder.

4. **Additional Covenants and Agreements.**

    The Parties further agree to and acknowledge each of the following:

    A. All persons who signed the Loan Documents must sign this Agreement in person or by an authorized representative, unless (i) a borrower or co-borrower is deceased; (ii) the borrower and co-borrower are divorced and the property has been transferred to one spouse in the divorce decree, the spouse who no longer has an interest in the property need not sign this Agreement (although the non-signing spouse may continue to be held liable for the obligation under the Loan Documents); or (iii) Servicer has waived this requirement in writing. Borrower, by signing this Agreement, will be presumed to have read this Agreement and understand the terms of this Agreement.

    B. Borrower certifies that all documents and information Borrower has provided to Servicer in connection with this Agreement are true and correct, and Borrower agrees to be bound by the representations in the Loss Mitigation Application.

    I acknowledge that Servicer may be required to report any principal forgiveness to the IRS and that any tax liability arising out of that forgiveness shall be my responsibility. I further acknowledge that Servicer has recommended that I consult my own tax advisor to determine how this forgiveness impact my personal situation.

    C. This Agreement supersedes the terms of any modification, forbearance, trial period plan or other workout plan that Borrower may have or have had in the past with Servicer or any prior servicer.

    D. Except as specifically modified by this Agreement, the terms of the Loan Documents remain in full force and effect and are duly valid, binding agreements, enforceable in accordance with their terms. This Agreement does not replace or release any terms in the Loan Documents, except as specifically modified by this Agreement. Nothing in this Agreement shall be understood or construed to be a satisfaction or release in whole or in part of the obligations contained in the Loan Documents.

    E. Borrower may not assign and no person may assume Borrower's rights under this Agreement or the Loan Documents without the prior written consent of the Servicer.

    F. If all or any part of the Property or any interest in the Property is sold or transferred (or if Borrower is not a natural person and a beneficial interest in Borrower is sold or transferred) without Lender's prior written consent, Lender may require immediate payment in full of all sums secured by the Security Instrument.

> **BALLOON PAYMENT DISCLOSURE**
>
> This Modification Agreement defers certain amounts, which creates a balloon that will be collected by the Servicer at the earlier of payment in full of the Note or the maturity date. Because these amounts are not included in your regular scheduled payments, even if you make all payments required by this agreement, the loan will not be paid in full at maturity. You therefore may be required to pay the entire outstanding balance in a single payment at the loan maturity date. Neither the Servicer nor Lender has any obligation to refinance or to offer you a new loan at maturity. You may have to seek new third-party financing and incur other additional financing costs at the time the balloon becomes due.

Whereof, Servicer and Borrower have executed this Modification Agreement as of the dates indicated below

BY SIGNING BELOW, Borrower accepts and agrees to the terms and covenants contained in this Agreement:

**Borrower**

_Melisa Filipos_     10/24/19
MELISA FILIPOS        Date

**Lender**

**Caliber Home Loans, Inc.**

_[signature]_     NOV 13 2019
       Date

Account Number: