UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| **U.S. Bank Trust N.A., as Trustee for LSF8 Master Participation Trust** | CIVIL ACTION NO: 2:22-cv-00240-JAW |
| vs. | RE:<br>31 Prince Avenue, Peaks Island, ME 04108 |
| **Melisa Pretorius a/k/a Melisa Filipos and Johannes F. Pretorius**<br><br>**Defendants**<br><br>**Longcreek, LLC as Trustee for John Cambridge Realty Trust; Coastal Realty Capital, LLC**<br><br>**Parties-in-Interest** | Mortgage:<br>09/20/2007<br>Book 25466, Page 23 |

ORDER AS TO MOTION TO APPOINT RECEIVER

The Plaintiff in this action, U.S. Bank Trust, N.A., as Trustee for LSF8 Master Participation Trust, has filed a Motion to Appoint Benjamin P. Campo, Jr., Esq., as Receiver for real property subject to this action located at 31 Prince Avenue, Peaks Island, ME 04108 based on circumstances as outlined in said motion and accompanying Affidavit in Support of Plaintiff's Motion to Appoint Receiver and Inspection Report, Plaintiff respectfully submits that the appointment of a Receiver is appropriate as this property is believed to be a second home/investment/rental property. Within the past few years, according to observation and inspection and conversation with neighbor, the property has fallen into disrepair and has become the unsightly property in the neighborhood. The named Defendants do not live in the property, the Defendants do not live in Maine, the property is at present occupied by Eric G. Elofson and others and neither the Defendants, nor the record owners, nor the occupants are paying the taxes, insurance or the mortgage payment. The Defendants are presently in default on said Mortgage and Loan Agreement, having failed to make

the recently modified monthly payment due in January 2020, and all subsequent payments, and, therefore, have breached the condition of the aforesaid Mortgage and Loan Agreement (Defendant, Johannes F. Pretorius did not execute the Loan Agreement and, therefore he has no personal liability thereunder).

Having reviewed Plaintiff's Motion and Memorandum of Law with supporting Affidavit to Appoint Benjamin P. Campo, Jr., Esq. as Receiver of the subject property, this Court finds that good cause exists to appoint a receiver in an effort to preserve Plaintiff's interest in the subject property to avoid potential harm and potential diminished value of the subject real property through the appointment of Benjamin P. Campo, Jr., Esq. as Receiver. Pursuant to Fed. R. Civ. P. Rule 66, Plaintiff's Motion to Appoint Receiver, Benjamin P. Campo, Jr., to the subject property is hereby GRANTED.

Benjamin P. Campo, Jr., Esq. is hereby appointed Receiver of the real property located at 31 Prince Avenue, Peaks Island, ME. The Receiver's authority pertains solely to the subject real property and his powers include: the determination of legal occupancy status, power to make necessary repairs and maintenance expenditures for the overall preservation of the subject property, and for the collection of monthly rental payments from the occupants to be allocated toward expenses for maintenance, property insurance and property taxes, marketing and sale upon approval by this Court to satisfy the mortgage lien. Should additional powers of authority be required by said Receiver as it relates to this matter, said additional powers of authority shall be sought by motion and filed with this Honorable Court.

SO ORDERED.

Date: July 8, 2024

/s/ John A. Woodcock, Jr.
U.S. District Judge